IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSE LUIS RIVERA JR., | : |
| Plaintiff, | : |
| v. | : 3:18-CV-00031 |
| | : (JUDGE MARIANI) |
| ANDREW SAUL, | : |
| Defendant. | : |

## ORDER

AND NOW, THIS ___1st___ DAY OF DECEMBER 2020, upon *de novo* review of Magistrate Judge Saporito's Report and Recommendation ("R&R") (Doc. 15), Defendant's Objections thereto (Doc. 16), and all other relevant documents, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 15) is **ADOPTED** for the reasons set forth therein and in this Court's accompanying memorandum opinion.

2. Defendant's Objections (Doc. 16) are **OVERRULED** for the reasons set forth in this Court's accompanying memorandum opinion.

3. The Commissioner of Social Security's decision is **VACATED**.

4. The case is **REMANDED** to the Commissioner pursuant to 42 U.S.C. § 405(g) for further proceedings consistent with this Order.

5. The Clerk of Court is directed to **CLOSE** this case.

                                                                           _____
                                                                           Robert D. Mariani
                                                                           United States District Judge